ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 AUG 31  PM 3: 43

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 306-001 |
| | ) | |
| TARA LYNN LYLES | ) | |
| MICHAEL CURTIS POOLE | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the plea of guilty from Defendant Tara Lynn Lyles is accepted as to Count Four of the indictment in this case, and the plea of guilty from Defendant Michael Curtis Poole is accepted as to Count Two of the indictment in this case. Upon review of the respective presentence investigation reports, sentence will be imposed, and a final judgment of guilty shall thereafter be entered against each defendant.

SO ORDERED this 31st day of August, 2006, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA    *

        vs.    *    CASE NO. CR306-001

TARA LYNN LYLES AND    *
MICHAEL CURTIS POOLE    *
         *

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

1. Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below; and

2. That the aforementioned envelope(s) contain a copy of the documents known as ORDER dated 08/31/06, which is part of the official records of this case.

Date of Mailing:    08/31/06
Date of Certificate:    08/31/06

SCOTT L. POFF, CLERK

By: *[signature]* Joe Howell, Deputy Clerk

NAME:
1. TARA LYNN LYLES
2. MICHAEL CURTIS POOLE
3. JUD L. GREEN, IV
4. HAROLD MCCLENDON
5.
6.
7.

Cert/Copy
- [ ] [x] District Judge
- [ ] [x] Magistrate Judge
- [ ] [ ] Minutes
- [ ] [x] U.S. Probation
- [ ] [ ] U.S. Marshal
- [ ] [x] U.S. Attorney
- [ ] [ ] JAG Office

Cert/Copy
- [ ] [ ] Dept. of Justice
- [ ] [ ] Dept. of Public Safety
- [ ] [ ] Voter Registrar
- [ ] [ ] U.S. Court of Appeals
- [ ] [ ] Nicole/Debbie
- [ ] [ ] Ray Stalvey
- [ ] [ ] Cindy Reynolds